Date signed January 11, 2007



_____
PAUL MANNES
U. S. BANKRUPTCY JUDGE

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Greenbelt

| | | |
|---|---|---|
| IN RE: | : | |
| | : | |
| JOHNNY WARD | : | Case No. 04-23913PM |
| DEBORAH WARD | : | Chapter 13 |
| | : | |
| Debtors | : | |

### MEMORANDUM OF DECISION

     This case is before the court on the Motion to Alter Judgment Regarding Motion to Approve or Undue [sic] the Sale, etc. (D.E. 108) filed by US Homeowners Assistance Services, LLC ("USH").  A hearing was held on November 21, 2006, at which the Motion to Approve or Undue [sic] the Sale of Debtors' property filed by USH was denied.  No Order was entered inasmuch as the court treated the subsequent Motion as a motion for reconsideration under Bankruptcy Rule 9023.  The Motion to Alter Judgment was opposed by the Chapter 13 Trustee (D.E. 111), and Debtors' counsel appeared in open court adopting the Trustee's opposition.

     USH complains that Debtors are not making payments to the creditor holding the secured claim on their residence.  However, not being a creditor of the Debtors, USH has no standing to either raise the issues discussed in its Motion or to coerce the establishment of an escrow fund.  The Motion to Alter Judgment, etc., will be denied.

     But there is on file in this case, Adversary Proceeding No. 06-01489, *US Homeowners Assistance, LLC vs. Johnny Ward, et al.*, wherein USH charged the Debtors with breach of contract, unjust enrichment, tortious interference with contractual relations, promissory estoppel, and trespassing and sought a declaratory judgment that one Jamie Johnson is the lawful owner of

14502 Danube Lane, Bowie, Maryland.  Nothing in this ruling deals with the rights of USH in the Adversary Proceeding.

    An appropriate Order will be entered.

cc:
Sean C. Logan, Esq., 2530 Riva Road, Suite 308, Annapolis, MD 21401
Scott C. Borison, Esq., 5500 Buckeystown Pike, Frederick, MD 21703
Stephanie D. Moran, Esq., 8401 Corporate Drive, Suite 110, Landover, MD 20785
Michael G. Morin, Esq., 8141-J Telegraph Rd, P.O. Box 778, Severn, MD 21144
Timothy P. Branigan, Esquire, P.O. Box 1902, Laurel MD 20725-1902
Johnny/Deborah Ward, 14502 Danube Lane, Bowie, MD 20721

**End of Memorandum**